

VCU MEDICAL CENTER MEDICAL SURGICAL CARE
MAIN HOSPITAL
1250 E MARSHALL ST
RICHMOND VA 23298-5023
Dept: 804-828-2022

FILED

2025 AUG 27  AM 11: 13

U.S. BANKRUPTCY COURT
RICHMOND DIVISION

August 19, 2025

Patient:     **Ronald Lee Edwards Jr.**
Date of Birth: **8/14/1985**
Date of Visit: **8/3/2025**

To Whom It May Concern:

Ronald Edwards was admitted to the hospital from 8/3/25-8/19/25. Mr. Edwards is now stable to return to work.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Alexis Kim, MD